UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTIS WILLIAMS,

    Plaintiff,

v.                                       Case No. 8:09-cv-1984-T-30TBM

IKON OFFICE SOLUTIONS, INC. ,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #8). The Court has reviewed the file as well as the parties' in camera settlement agreement. Upon review and consideration, it is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 19, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2009\09-cv-1984.dismissal 8.wpd